LNG:gpw

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES of AMERICA | : 1: CR-00 230 |
| | : CRIMINAL NO. |
| vs. | : 18 USC §641 (1 count) |
| | : 18 USC §287 (1 count) |
| FRANK A. McALLISTER, | : 18 USC §1001 (1 count) |
| Defendant | : |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT I

On or about the 11th day of March, 1998 in the Middle District of Pennsylvania, the Defendant,

**FRANK A. McALLISTER**

willfully and knowingly did steal and purloin $844.00 of the goods and property of the United States.

In violation of Title 18, United States Code, Section 641.

THE GRAND JURY FURTHER CHARGES:

## COUNT II

On or about May 7, 1996 in the Middle District of Pennsylvania, the Defendant,

**FRANK A. McALLISTER**

made and presented to the Internal Revenue Service a claim against the United States Department of the Treasury Internal Revenue Service, that is Form 3911, claiming entitlement to a second income tax refund check in the amount of $844.00 for the taxable year 1995 on the ground that he had not received the original refund in that amount, knowing that the claim was false, fictitious and fraudulent in that Defendant had already received the original income tax refund in the amount of $844.00 for the taxable year 1995.

In violation of Title 18, United States Code, Section 287.

THE GRAND JURY FURTHER CHARGES:

## COUNT III

On or about the 7th day of July, 1997 in the Middle District of Pennsylvania, and a matter within the jurisdiction of the Internal Revenue Service, Department of the Treasury of the United States, the Defendant,

**FRANK A. McALLISTER**

did knowingly and willfully make a false, fraudulent and fictitious material statement and representation; that is, he claimed that he did not receive his original income tax refund check in the amount of $844.00 for the taxable year 1995 and submitted IRS Form 1133 to the Internal Revenue Service falsely stating that he had not received that original tax refund check in the amount of $844.00 for the taxable year 1995 when in truth he did, in fact, receive that refund check.

In violation of Title 18, United States Code, Section 1001.

A TRUE BILL.

_____
FOREPERSON

_____
DAVID M. BARASCH
United States Attorney

Date: 8/15/00

3

JS 45 (1/96)

| Criminal Case Cover Sheet | U.S. District Court |

**Place of Offense:**

City __Harrisburg__

County/Parish __Dauphin__

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile   Yes _____   No _X_   If Yes, Matter to be sealed:  _xxxx_ Yes _____ No

Defendant Name __FRANK A. McALLISTER__

Alias Name _____

Address __544 Forrest Street, Harrisburg, PA__

Defense Counsel: _____

Birthdate __5-16-57__   SS # _____   Sex _____ Race _____ Nationality _____

**U.S. Attorney Information:**

AUSA __LORNA N. GRAHAM__   Bar # _____

Interpreter:  _xxx_ No   ☐ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __3__   ☐ Petty   ☐ Misdemeanor   _xxx_ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 USC § 641 | stealing property of the U.S. | 1 |
| Set 2  18 USC § 287 | false claims to receive tax refund | 1 |
| Set 3  18 USC § 1001 | false statements | 1 |
| Set 4 _____ | | |

(May be continued on reverse)

Date: __8-15-2000__   Signature of AUSA: _____