

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES of AMERICA | 1:CR-00-230 |
| vs. | CRIMINAL NO. - |
| | : 18 USC §641 (1 count) |
| | : 18 USC §287 (1 count) |
| FRANK A. McALLISTER, | : 18 USC §1001 (1 count) |
| Defendant | : |

### ORDER FOR WARRANT

NOW, this _15_ day of _Aug._, 2000, upon request of DAVID M. BARASCH, United States Attorney in and for the Middle District of Pennsylvania, it is hereby

ORDERED that a warrant issue for the arrest of the above-named defendant, Frank A. McAllister, and a United States Magistrate is authorized and directed to conduct a hearing, under the Bail Reform Act of 1984, for the purpose of determining what bail, if any, is necessary in order to insure the presence of the defendant in this case.

IT IS FURTHER ORDERED that at the time service of the warrant is made, the United States Marshal also serve upon the defendant a certified copy of the Indictment in the above-named case.

UNITED STATES DISTRICT JUDGE