LNG:gpw

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES of AMERICA | : CRIMINAL NO. 1:CR-00-230 |
| vs. | : 18 USC §641 (1 count) |
| | : 18 USC §287 (1 count) |
| FRANK A. McALLISTER, | : 18 USC §1001 (1 count) |
| Defendant | : |

TO THE CLERK OF COURTS:

IT IS ORDERED that the Clerk of Court keep this Indictment and all accompanying documents from public view until the Clerk has made appropriate docket entries, after which the Clerk is ordered to seal this Indictment and all accompanying documents until notified that an arrest has been effected.

_____
Judge
United States District Court

Date: 8/15, 2000