```
THOMAS A. MARINO
United States Attorney
G. MICHAEL THIEL
Assistant U.S. Attorney
311 Wm. J. Nealon Federal Building
Washington & Linden
Scranton, PA  18503
Phone:  (570)348-2800
```

Attorneys for Plaintiff

```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )    1:CR-00-230
          Plaintiff,         )
                             )
     V.                      )    SATISFACTION OF JUDGMENT
                             )       (Kane, J.)
                             )
FRANK A. MCALLISTER,         )
          Defendant.         )
```

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Full satisfaction is hereby acknowledged of that certain judgment entered on September 13, 2004, in favor of the United States of America, against the above-named defendant. The Clerk is hereby authorized and directed to enter full satisfaction of record in this action.

DATED:  October 10, 2006

```
                              THOMAS A. MARINO
                              United States Attorney

                              /s G. MICHAEL THIEL
                              G. MICHAEL THIEL
                              Assistant U.S. Attorney

                              KAREN M. MUSLOSKI
                              Paralegal Specialist
```